

**FILED & ENTERED**

**OCT 06 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** penning **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Masoud Noveir,<br><br>Alleged Debtor. | Case No.: 2:15-24970-TD<br><br>CHAPTER 7<br><br>**ORDER TO SHOW CAUSE WHY THE INVOLUNTARY PETITION SHOULD NOT BE DISMISSED**<br><br>Date:  October 21, 2015<br>Time:  10:00 a.m.<br>Courtroom:  1345<br> 255 E. Temple Street<br> Los Angeles, CA 90012 |

TO THE PETITIONING CREDITOR:

YOU ARE HEREBY ORDERED TO APPEAR on October 21, 2015 at 10:00 a.m. in the above entitled Court, and show cause in writing to be filed not later than October 14, 2015  why this involuntary petition should not be dismissed.  A judge's copy of your written response must be delivered to chambers not later than 5:00 p.m. on October 14, 2015.

In addition, you are to bring with you written evidence of the debt asserted in your petition filed September 29, 2015, government issued photo identification and be prepared to testify under oath as to the basis of this debt.

The alleged petitioning creditor signed the involuntary petition, under penalty of perjury, alleging that her name, address and amount of claim is true and correct, according to the best of her knowledge, information, and belief.  By signing this petition, the alleged creditor is certifying that the petition is not being presented for any improper purpose and the allegations have factual support.  FRBP 9011(b)(1) and (3).  Therefore, should you fail to respond in writing as set forth above, or to appear, or should you fail to provide sufficient evidence at the hearing to show that any debt asserted exists, this involuntary petition will be dismissed with prejudice and this case may be referred to the United States Attorney for possible criminal prosecution.

You are advised to contact an attorney prior to the hearing to obtain legal advice as to the evidence to put before the Court.

Petitioning creditor must appear in Los Angeles, Courtroom 1345, 255 E. Temple Street, Los Angeles, CA 90012.

IT IS SO ORDERED.

###

Date: October 6, 2015

Thomas B. Donovan
United States Bankruptcy Judge