

**FILED & ENTERED**

**OCT 23 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Masoud Noveir,<br><br><br><br>Alleged Debtor. | Case No.: 2:15-bk-24970-TD<br><br>CHAPTER 7<br><br>**ORDER DISMISSING INVOLUNTARY PETITION WITH PREJUDICE**<br><br>Date:      October 21, 2015<br>Time:      10:00 a.m.<br>Courtroom: 1345 |

    The above-captioned case came on for hearing October 21, 2015, on the court's ORDER TO SHOW CAUSE WHY THE INVOLUNTARY PETITION SHOULD NOT BE DISMISSED (the OSC).  Having considered that the alleged petitioning creditor Diana Yaghobi failed to file a response to the OSC, did not appear at the hearing as directed, and did not provide the court with supporting documents for the debt alleged, as required by the OSC,

    IT IS ORDERED that this involuntary petition is dismissed without any discharge. The court retains jurisdiction to make further findings, conclusions and rulings pursuant

1 | to 11 U.S.C. § 362.

2 |     IT IS FURHTER ORDERED that this case is hereby dismissed with prejudice and a bar against the filing of any bankruptcy petition by or against this debtor.

    IT IS SO ORDERED.

Date: October 23, 2015

Thomas B. Donovan
United States Bankruptcy Judge

-2-